# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MISSOURI

**In re:  TANEISA R BLUE**

                                                      **Case No.:  22-40533-drd-13**

          **Debtor**

### MOTION TO DENY CONFIRMATION OF PLAN

COMES NOW Richard V. Fink, Chapter 13 Trustee, and requests the court deny confirmation of the proposed plan (document #41), filed on or about August 25, 2022. In support thereof, the trustee states that the issues related to the proposed plan include:

1.  11 U.S.C. Section 544, 545, 547 or 548 avoidance issue:

    Per the Statement of Financial Affairs, the debtor made payments totaling $3,000 to her cousin, an insider pursuant to 11 U.S.C Section 547, within a year of filing the petition. The trustee requests that the debtor provide the insider's name and address.

2.  11 U.S.C. Section 1325(b):

    Schedule I reflects gross wages of $4,583.32.  Based on the paystubs provided, it appears that the debtor's gross income has recently increased to $5,000 per month.  Please provide additional recent paystubs to support Schedule I or amend as necessary.

WHEREFORE, the Chapter 13 Trustee moves the Court for an Order Denying Confirmation of the proposed plan.

                                                      Respectfully submitted,

August 26, 2022

                                                      /s/ Richard V. Fink, Trustee

                                                      Richard V. Fink, Trustee
                                                      2345 Grand Blvd., Ste. 1200
                                                      Kansas City, MO 64108-2663
                                                      (816) 842-1031

## NOTICE OF MOTION

**Any response to the motion must be filed within twenty-one (21) days of the date of this notice (subject to an extension pursuant to Federal Rule of Bankruptcy Procedure 9006) with the Clerk of the United States Bankruptcy Court.** Documents can be filed electronically at http://ecf.mowb.uscourts.gov. A copy of such response shall be served electronically by the Court on the Chapter 13 Trustee and all other parties to the case who have registered for electronic filing. Parties not represented by an attorney may mail a response to the Court at the address below. If a response is timely filed, the Court will either rule the matter based on the pleadings, or set the matter for a hearing. If a hearing is to be held, notice of such hearing will be sent to all parties in interest. **If no response is filed within twenty-one (21) days (subject to an extension pursuant to Federal Rule of Bankruptcy Procedure 9006), the Court will enter an Order denying confirmation of the plan.** For information about electronic filing, go to http://www.mow.uscourts.gov. If you have any questions about this document, contact your attorney.

Court Address: U.S. Bankruptcy Court, 400 E. 9th St., Room 1510, Kansas City, MO 64106

## NOTICE OF SERVICE

The following parties will be served either electronically or by United States First Class Mail. If any party is served by United States First Class Mail a certificate of service will be filed thereafter:

DEBTOR(S)
WAGONER BANKRUPTCY GROUP (206) - ATTORNEY FOR DEBTOR(S)

/s/ Richard V. Fink, Trustee

RB        /Motion - Deny Confirmation